

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 06-5151

September Term, 2005

06cv00392

MANDATE
Pursuant to the provisions of Fed. R. App.Pro.
ISSUED: 12, 1, 06
BY:
ATTACHED: Amending Order
Opinion
Order on Costs
Filed On:
UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED SEP 14 2006
CLERK

Daniel Tilli,
Appellant

v.

Donald H. Rumsfeld, Secretary, U.S. Defense Department,
Appellee

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**BEFORE:** Ginsburg, Chief Judge, and Garland and Kavanaugh, Circuit Judges

## JUDGMENT

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed March 3, 2006, be affirmed. The district court correctly dismissed appellant's complaint on the ground appellant could not sustain a cause of action for injuries his brother incurred incident to military service. See United States v. Stanley, 483 U.S. 669, 678 (1987); Feres v. United States, 340 U.S. 135, 146 (1950).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

Per Curiam

A True copy:

United States Court of Appeals for the District of Columbia Circuit

By: _______________ Deputy Clerk